UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVENS J. WHITE,<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 08-CV-204-FJP-DLD |
| | § | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | §<br>§<br>§ | |

## **PROPOSED ORDER**

The parties having stipulated to the dismissal of this case under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice.

Baton Rouge, Louisiana, March 2, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA